**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **CRIMINAL NOS. 26-23-3 and 26-427** |
| **SHANE HENNEN**<br>**a/k/a "Sugar Shane"** | : | |

## GOVERNMENT'S PLEA MEMORANDUM

## I. INTRODUCTION

The defendant, Shane Hennen, has agreed to plead guilty to the below charges in two separate indictments, one at Criminal Number 26-23-3 and the other at Criminal Number 26-427 (which originated in the Eastern District of New York). As part of the defendant's plea agreement with the government, the defendant has agreed to transfer the prosecution underlying Criminal Number 26-427 to the Eastern District of Pennsylvania for plea and sentencing.

In Criminal No. 26-23-3 ("the EDPA case"), the defendant agrees to plead guilty to Counts One through Five of the indictment charging him with bribery in sporting contests, and aiding and abetting, in violation of 18 U.S.C. §§ 224 and 2 (Count One); conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349 (Count Two); and wire fraud, in violation of 18 U.S.C. § 1343 (Counts Three through Five), and not to contest forfeiture as set forth in the notices of forfeiture charging criminal forfeiture under 28 U.S.C. § 2461(c) and 18 U.S.C. § 981(a)(l)(C). These charges arise from a scheme to influence or "fix" Chinese Basketball Association ("CBA") basketball games and National Collegiate Athletic Association ("NCAA") men's basketball games from at least in or about September 2022 through at least in or about February 2025, in the Eastern District of Pennsylvania, and elsewhere. The defendant engaged in

the scheme as a "fixer," working together with others who recruited and bribed CBA and NCAA men's basketball players to underperform and help ensure their team failed to cover the spread. The defendant then placed large wagers on those games, and arranged for others to do so, generating proceeds for the scheme.

In Criminal No. 26-427 ("the EDNY case") (originally charged in the EDNY at Criminal Number 25-323), the defendant agrees to plead guilty to Counts One and Two of a superseding indictment charging him with conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349 (Count One); and conspiracy to commit money laundering, in violation of 18 U.S.C. § 1956(h) (Count Two), and not to contest forfeiture as set forth in the criminal forfeiture allegations charging criminal forfeiture under 28 U.S.C. § 2461(c), 21 U.S.C. § 853(p), and 18 U.S.C. § 981(a)(1), and 18 U.S.C. § 982(b)(1). These charges arise from the defendant's participation in a scheme to defraud betting companies by wagering on National Basketball Association ("NBA") basketball games with the improper benefit of having non-public information that would affect the outcome of those games and the performance of certain individuals in those games, and his participation in laundering the proceeds.

This Court has scheduled a Plea Hearing for October 14, 2026, at 10:30 a.m.

## II. <u>STATUTORY MAXIMUM PENALTIES</u>

The Court may impose the following statutory maximum sentences:

In the EDPA case (Criminal Number 26-23), for Count One, charging bribery in sporting contests, and aiding and abetting, 5 years' imprisonment, 3 years of supervised release, a $250,000 fine, and a $100 special assessment; and for each of Counts Two through Five, charging conspiracy to commit wire fraud (Count Two) and wire fraud (Counts Three through

Five), 20 years' imprisonment, 3 years of supervised release, a $250,000 fine or the greater of twice the gross gain or twice the gross loss, and a $100 special assessment. The total permissible statutory maximum sentence is 85 years' imprisonment, 3 years of supervised release, a $1,250,000 fine or twice the value of the property involved in the transaction, and a $500 special assessment. Full restitution also shall be ordered. Forfeiture of all proceeds from these offenses also may be ordered. The defendant further understands that supervised release may be revoked if its terms and conditions are violated. When supervised release is revoked, the original term of imprisonment may be increased by up to 1 year on Count One and up to two years on Counts Two through Five. Thus, a violation of supervised release increases the possible period of incarceration and makes it possible that the defendant will have to serve the original sentence, plus a substantial additional period, without credit for time already spent on supervised release.

In the EDNY case (Criminal Number 25-323), for Count One, charging conspiracy to commit wire fraud, 20 years' imprisonment, 3 years of supervised release, a $250,000 fine or the greater of twice the gross gain or twice the gross loss, and a $100 special assessment; and for Count Two, conspiracy to commit money laundering, 20 years' imprisonment, 3 years of supervised release, a $250,000 fine or twice the value of the property involved in the transaction, and a $100 special assessment. The total permissible statutory maximum sentence is 40 years' imprisonment, 3 years of supervised release, a $500,000 fine or twice the value of the property involved in the transaction, and a $200 special assessment. Full restitution also shall be ordered. Forfeiture of all proceeds from these offenses also may be ordered. The defendant further understands that supervised release may be revoked if its terms and conditions are violated. When supervised release is revoked, the original term of imprisonment may be increased by up

to two years on Counts One and Two. Thus, a violation of supervised release increases the possible period of incarceration and makes it possible that the defendant will have to serve the original sentence, plus a substantial additional period, without credit for time already spent on supervised release.

Considering both the EDPA and the EDNY cases together, the total permissible maximum sentence of imprisonment, supervised release, and fines is: 125 years' imprisonment, 3 years of supervised release, a $1,750,000 fine or twice the value of the property involved in the transactions, and a $700 special assessment.

## III. ELEMENTS OF THE OFFENSES

### A. Bribery in Sporting Contests

To establish a violation of 18 U.S.C. §224 (bribery in sporting contests), the government must prove the following elements beyond a reasonable doubt:

(1) the defendant carried into effect, attempted to carry into effect, or conspired with another person to carry into effect a scheme;

(2) the scheme operated in commerce;

(3) the scheme was intended to influence, in any way, by bribery, a sporting contest; and

(4) the defendant acted with knowledge that the purpose of the scheme was to influence by bribery that contest.

To establish that the defendant committed the offense of 18 U.S.C. § 224 under an aiding and abetting theory of liability under 18 U.S.C. § 2, the government must prove the following elements beyond a reasonable doubt:

(1) the principal, or another participant in the scheme, committed the offense of bribery in sporting contests as set forth above;

(2) the defendant knew that this offense was going to be committed or was committed by the principal, or another participant in the scheme;

(3) the defendant knowingly did some act for the purpose of aiding, assisting, soliciting, facilitating, or encouraging the principal, or other participant in the scheme, in committing this offense; and

(4) the defendant performed an act in furtherance of this offense.

**B. <u>Wire Fraud</u>**

To establish a violation of 18 U.S.C. § 1343 (wire fraud), the government must prove the following elements beyond a reasonable doubt:

(1) the defendant knowingly devised or willfully participated in a scheme to defraud, that is, to deprive another of money or property by fraud, including by false or fraudulent pretenses, representations or promises, or omissions, concerning a material fact;

(2) the defendant did so with the intent to defraud; and

(3) that in advancing, furthering, or carrying out the scheme, the defendant transmitted any writing, signal, or sound by means of a wire, radio, or television communication in interstate commerce or caused the transmission of any writing, signal, or sound of some kind by means of a wire, radio, or television communication in interstate commerce.

**C. <u>Conspiracy to Commit Wire Fraud</u>**

To establish a violation of 18 U.S.C. § 1349 (conspiracy to commit wire fraud), the government must establish the following elements beyond a reasonable doubt:

(1) two or more persons agreed to carry the scheme of wire fraud into effect, the elements of which are described above;

(2) the defendant was a party to or member of that agreement; and

(3) the defendant joined the agreement or conspiracy knowing of its objective to carry this scheme into effect and intending to join together with at least one other alleged conspirator to achieve that objective; that is, that the defendant and at least

one other alleged conspirator shared a unity of purpose and the intent to achieve a common goal or objective, to carry this scheme into effect.

## D. Conspiracy to Commit Money Laundering

To establish a violation of 18 U.S.C. § 1956(h) (conspiracy to commit money laundering), the government must prove beyond a reasonable doubt:

(1) two or more persons agreed to commit money laundering as alleged in the indictment, the elements of which are described below;

(2) the defendant was a party to or member of that agreement; and

(3) the defendant joined the agreement or conspiracy knowing of its objective to commit money laundering and intending to join together with at least one other alleged conspirator to achieve that objective; that is, that the defendant and at least one other alleged conspirator shared a unity of purpose and the intent to achieve a common goal or objective, to commit money laundering.

The elements for a violation of 18 U.S.C. § 1956(a)(1) (money laundering) are:

(1) that the defendant conducted a financial transaction, which affected interstate commerce;

(2) that the defendant conducted the financial transaction with the proceeds of a specified unlawful activity, that is, wire fraud, in violation of Title 18, United States Code, Section 1343, or sports bribery, in violation of Title 18, United States Code, Section 224;

(3) that the defendant knew the transaction involved the proceeds of some form of unlawful activity; and

(4) that the defendant conducted the financial transaction (a) with the intent to promote the carrying on of the specified unlawful activity, contrary to Title 18, United States Code, Section 1956(a)(1)(B)(i); or (b) knowing that the transactions were designed in whole and in part to conceal and disguise the nature, the location, the source, the ownership and the control of the proceeds of the specified unlawful activity, contrary to Title 18, United States Code, Section 1956(a)(1)(B)(i).

The elements for a violation of 18 U.S.C. § 1957 (engaging in a monetary transaction in criminally derived property) are:

(1) that the defendant engaged in a monetary transaction in or affecting interstate commerce;

(2) that the monetary transaction involved criminally derived property of a value greater than $10,000;

(3) that the property was derived from specified unlawful activity, that is, wire fraud, in violation of Title 18, United States Code, Section 1343, or sports bribery, in violation of Title 18, United States Code, Section 224;

(4) that the defendant acted knowingly that is, with knowledge that the transaction involved proceeds of a criminal offense; and

(5) that the transaction took place in the United States, or the defendant is a United States person.

## IV. FACTUAL BASIS FOR THE PLEA

If this case were to proceed to trial, the government would prove the following facts, among others, through witness testimony and exhibits.

### A. The EDPA Case

#### 1. General Background of Bribery and Wire Fraud Scheme

The integrity of sporting contests rests on the fundamental principles of fairness, honesty, and respect for the rules of competition. To ensure fair outcomes, these contests depend upon genuine competition, free from corruption, manipulation, and bribery. In 1964, Congress enacted the Sports Bribery Act, codified at Title 18, United States Code, Section 224, to prohibit bribery in sporting contests, recognizing that corrupt influences undermine these principles and erode public confidence in the legitimacy of sport. This statute helps ensure that the organizing

institutions, governing bodies, players, coaches, bettors, and fans can trust that every sporting contest is decided on merit, not by corruption.

The National Collegiate Athletic Association ("NCAA") was a non-profit organization that governed college sports and sporting contests in the United States. Collectively, there were more than 350 NCAA Division I colleges that fielded more than 6,000 sports teams and provided opportunities for more than 170,000 players to compete in NCAA sports each year. The NCAA set and enforced rules promoting integrity, sportsmanship, and fair competition. Those rules included specific prohibitions on players, coaches, and other individuals associated with an NCAA sports team from participating in any sports wagering activity, including providing information to individuals involved in or associated with any type of sports wagering activities concerning intercollegiate, amateur, or professional athletics competition.

Under NCAA rules, players could earn money for the use of their name, image, and likeness ("NIL") through activities such as endorsements, sponsorships, and appearances. Division I players were also permitted to enter the "transfer portal" each year and transfer schools without penalty, and players frequently moved between schools in the hopes of obtaining more money through NIL activities or collectives and more opportunities on another team.

The Chinese Basketball Association ("CBA") was the governing body for basketball in China and the name of the country's top professional basketball league. The CBA comprised more than 300 players in its top men's league and about 20 teams, which represented cities and corporations throughout China.

Gambling outlets such as casinos, online wagering businesses, offshore betting houses, and illegal bookmakers, or "bookies," accepted wagers on sporting contests, including basketball

games. These gambling outlets, often known as sportsbooks, used a "point spread" for sporting events such as basketball games, so that bettors could place wagers based on the relative performance of a team rather than simply betting on which team would win. The point spread was the predicted scoring difference between the two opponents in a sporting contest. The point spread defined which team was the favorite and which team was the "underdog," that is, the predicted losing team. For a bettor to win a wager placed on the favorite team, the favorite team had to win by more than the point spread number. For a bettor to win a wager placed on the "underdog" team, the "underdog" team had to either win the contest, or lose by less than the point spread number. For example, if Team A was the "underdog" team by three points, then a bettor who bet on Team A would have won the wager if Team A either won the game, or if Team A lost the game by one or two points. Gambling outlets provided point spreads for the outcome of the entire game or a portion of the game, such as the first half or second half, allowing bettors to place multiple bets on a single game. In sports betting, to "cover" a point spread meant a team performed in a way that satisfied the conditions of the point spread set by oddsmakers.

Among the options for those wagering on sporting events with gambling outlets, individuals could also bet on games without regard to the point spread, by simply betting on a particular team to win a game. Those bets were called "money line" bets. Individuals could also make "parlay" bets, which were bets comprising two or more individual bets. To succeed on a parlay bet the bettor had to win all the bets made in the parlay. Parlay bets paid out at a higher rate than bets on individual games because they were more difficult to win.

A basketball game, or portion of a game, could be manipulated, or "fixed," by, among other means, a single player or multiple players on one team agreeing to influence the game's outcome, generally by underperforming or otherwise trying to limit the number of points scored by their team. This allowed individuals gambling on the score of the game, who were working with the players "fixing" the game, to profit by placing a wager on the game with a higher degree of certainty as to the game's outcome. Such a scheme, customarily called "point shaving," involved an effort by a player or players to underperform in a game, or by some other means, to ensure that their team scored only a certain number of points during a game or during a portion of a game. The players involved in fixing a game altered their performance, or supported their teammates altering their performances, based on the point spread on that game so that their team would not "cover" the spread.

**2. <u>The Bribery Scheme</u>**

Beginning in or about September 2022, Marves Fairley and Shane Hennen worked together in a scheme that involved recruiting and bribing players to help influence or "fix" CBA games through "point shaving" during the 2022-2023 season.[1] Shane Hennen, a resident of Philadelphia and Nevada, was a high-stakes sports gambler whose primary role in the scheme was to place bets and arrange for others to place large bets on the fixed games – betting against the teams whose players they had bribed to underperform.

In particular, Fairley and Hennen first engaged for their point-shaving scheme Antonio Blakeney, who was a player on the Jiangsu Dragons ("Jiangsu") of the CBA. Blakeney was one

[1] Those involved in recruiting players for the scheme, arranging with the players to fix games, or making the large wagers on the games to further the scheme are generally referred to here as "the fixers."

of the leading scorers in the CBA. Blakeney agreed to participate in the scheme and then recruited other players from Jiangsu to join the scheme. The point-shaving scheme corrupted the integrity of CBA sporting contests and of the sportsbooks accepting wagers on those contests and caused sportsbooks and individual sports bettors to suffer financial losses. Examples of CBA men's basketball games fixed by the defendants are described below.

On March 6, 2023, the Guangdong Southern Tigers ("Guangdong") played against the Jiangsu Dragons in a CBA men's basketball game in China. Guangdong was favored to win the game by approximately 11.5 points. Before this game, the fixers, including Fairley and Hennen, and others working at their direction, placed large wagers with numerous sportsbooks, including at least $198,300 in wagers with BetRivers Sportsbook at Rivers Casino in Philadelphia, Pennsylvania, on Guangdong to cover the full-game spread. Fairley and Hennen engaged in numerous text message communications directing wagers on this game.

On March 6, 2023, in the CBA men's basketball game between Guangdong and Jiangsu, Antonio Blakeney underperformed in and influenced the game as he and the fixers had agreed. Blakeney, who averaged over 32 points per game in the 2022-2023 season, scored just 11 points in the game. Guangdong defeated Jiangsu 127 to 96, covering the spread, and the fixers won most of their bets.

On March 15, 2023, the Zhejiang Golden Bulls ("Zhejiang") played against the Jiangsu Dragons in a CBA men's basketball game in China. Zhejiang was favored to win the game by approximately 15 points. Before the game, Blakeney advised Fairley and Hennen that Blakeney would not be playing and that another Jiangsu player, who would be playing in the game, would accept a bribe payment to help ensure Zhejiang covered the spread. Fairley and Hennen, and

others working at their direction, placed at least approximately $100,000 in wagers with numerous sportsbooks, including a $50,000 wager with BetRivers Sportsbook at Rivers Casino in Philadelphia, Pennsylvania, on Zhejiang to cover the spread. Fairley, Hennen, and Blakeney, engaged in numerous text message communications discussing and coordinating the wagers on this game.

On March 15, 2023, in the CBA men's basketball game between Zhejiang and Jiangsu, Zhejiang defeated Jiangsu 121 to 80, covering the spread, and the fixers won their bets. After the game, in a text message communication, Fairley acknowledged the benefit of having another Jiangsu player in the scheme to ensure their bets won, telling Blakeney, "Better safe than sorry." In other text message communications, Fairley and Hennen discussed their winning bets on the fixed game and their bribe payments, agreeing **to give "20k [$20,000] to [the] player**" from Jiangsu who agreed to assist in the scheme. In these messages, they further agreed to split their remaining winnings among Fairley, Hennen, and Blakeney.

Hennen also communicated with other co-schemers about the fixed CBA games involving Antonio Blakeney, directing them to place large wagers against the Jiangsu Dragons, including on the fixed CBA games between Guangdong and Jiangsu on March 6, 2023, and between Zhejiang and Jiangsu on March 15, 2023. Some of these wagers were placed at Rivers Casino in Philadelphia, Pennsylvania. A few weeks later, on April 9, 2023, in a text communication with one of these co-schemers, Hennen reassured the co-schemer: **"Nothing gu[a]rantee[d] in this world but death[,] taxes[,] and Chinese basketball."**

After profiting on the CBA games but having difficulty making further bets on these games, the fixers turned their attention to NCAA men's basketball games. During the 2023-2024

and 2024-2025 NCAA men's basketball seasons, the fixers agreed to recruit NCAA players who would accept bribe payments in exchange for helping to influence outcomes of NCAA basketball games. In particular, the fixers agreed to recruit into the scheme players who would help ensure that their team failed to cover the spread of the first half of a game or an entire game. The fixers would then place wagers on those games through the gambling outlets, betting against the team whose player or players they had bribed to engage in this point-shaving scheme.[2] Because of the proliferation of legalized sports betting, the fixers could use numerous gambling outlets to make their bets on these games and conceal the scheme from authorities. The fixers also expanded the group of individuals involved in leading the scheme, fixing games, and recruiting players to participate in the scheme. Those additions included, among others, Jalen Smith, Roderick Winkler, and Alberto Laureano. Jalen Smith became the primary recruiter of players and the manager of those players during the operation of the scheme.

Five of the fixers, Jalen Smith, Antonio Blakeney, Marves Fairley, Roderick Winkler, and Alberto Laureano, then approached and communicated with NCAA basketball players, in person and through social media and cellular telephone calls. In these communications, the fixers offered the players bribe payments, usually ranging from $10,000 to $30,000 per game, to participate in the scheme. The fixers also attempted to recruit multiple players from a team to join the bribery scheme and further ensure its success. Many of these players accepted the offers

[2] Obtaining complete information on bets placed by individuals is impossible. There are numerous betting outlets in the United States and elsewhere, legal and illegal, and numerous ways to make bets that cannot be traced. The government has identified in this memorandum and seeks to hold the defendant responsible (as set forth in the stipulations in the plea agreement) only for the bets that it could find that were attributable to the scheme even though the number of those bets is likely higher. The betting amounts listed in the indictment and in this memorandum are thus likely understated as well as approximate.

and agreed to help fix specific games so that the fixers would win their wagers. The fixers targeted for their scheme NCAA basketball players for whom the bribe payments would meaningfully supplement or exceed legitimate NIL opportunities. Smith, Blakeney, Fairley, Winkler, and Laureano had credibility with many of the players and could approach them to engage in this scheme because of their prominence, experience, and reputation in local and national basketball communities.

As the fixers had agreed, Smith, Blakeney, Fairley, Winkler, and Laureano then communicated with the NCAA basketball players who had agreed to participate in the bribery scheme and directed them to underperform or otherwise help influence the outcome of particular games or a specific portion (generally the first half) of particular games. Shane Hennen then served his primary role in the scheme, which was to place large bets, and arrange for several other co-schemers and straw bettors to place bets, with numerous gambling outlets on NCAA men's basketball games involving the bribed NCAA players. They placed these bets in a manner that was consistent with the way in which they had arranged to fix the outcome of a game, or a portion of a game, to maximize their chances of winning their wagers. Some of the other fixers also wagered on these games, including Smith, Blakeney, Fairley, Winkler, and Laureano. The bribed NCAA players then influenced, attempted to influence, and conspired to influence the outcome of their games through intentionally poor performances, removing themselves from games, supporting their teammates who were also involved in the scheme, and through other means.

At times, while Hennen was in the Eastern District of Pennsylvania, the other fixers communicated and strategized about the scheme with Hennen, and Hennen placed bets on the

fixed games with online gambling outlets and in person at casinos. At least one of those fixed games occurred in the Eastern District of Pennsylvania. In addition, individual bettors unaware of the scheme placed bets on the fixed games, often on the other side of the fixers' bets, in the Eastern District of Pennsylvania, resulting in losses to the individual bettors.

When the fixers were successful with their wagers on fixed games, Smith and other co-schemers traveled to NCAA school campuses and made cash bribe payments to the players who had agreed to participate in the scheme. On at least one occasion, Smith travelled to the Eastern District of Pennsylvania through the Philadelphia International Airport to pay one of the bribed players.

Some of the games that the fixers manipulated are described below and in the indictment:

In mid-February 2024, the fixers successfully recruited for their point-shaving scheme Oumar Koureissi and Diante Smith, both forwards on the Nicholls State University Colonels Men's Basketball Team ("Nicholls State"). To recruit these and other players in the scheme, Smith and other fixers reaching out to the players by text and social media and spoke with the players on FaceTime and on the telephone.

As part of this scheme, on February 17, 2024, Koureissi and Diante Smith underperformed in the game between Nicholls State and the McNeese State University Cowboys Men's Basketball Team ("McNeese State"). Koureissi and Diante Smith ensured that Nicholls State did not cover the spread in the game in exchange for bribe payments for each player of approximately $20,000. Hennen and other fixers placed wagers with numerous sportsbooks totaling at least approximately $100,000 on McNeese State.

Hennen and other fixers engaged in numerous text message and telephonic communications discussing and coordinating the wagers on this game. For example, on the day of the game, Fairley texted Hennen, Blakeney, and a straw bettor, “Let’s go. First n whole game Mcneese st.” As a result of the scheme, the fixers won their bets. Shortly after this game, Jalen Smith traveled to Louisiana to arrange for the delivery of approximately $32,000 in cash bribe payments to Koureissi and Diante Smith.

In or about mid-February 2024, the fixers recruited for their point-shaving scheme Kevin Cross, a forward on the on the Tulane University Green Wave Men’s Basketball Team (“Tulane”). Cross agreed to underperform in the upcoming game between Tulane and the East Carolina University Pirates Men’s Basketball Team (“East Carolina”) on February 18, 2024. Before this game, the fixers, including Fairley, and others acting at their direction, placed numerous wagers with sportsbooks totaling at least approximately $140,000 on East Carolina to cover the full-game spread. In this game, Cross underperformed as he had agreed, East Carolina defeated Tulane 81 to 67, and the fixers won their bets and paid a bribe of $30,000 to Cross. The fixers then attempted to fix another Tulane game with Cross, but it was unsuccessful. Hennen and other fixers lost wagers totaling at least approximately $200,000 that they had placed on that game.

In or about mid-February 2024, the fixers attempted to recruit for their point-shaving scheme players (identified in the indictment as Person #1 and Person #2) on the Northwestern State University Demons Men’s Basketball Team (“Northwestern State”). The fixers offered bribe payments to two players on the Northwestern team to underperform on February 19, 2024, in a game against Texas A&M-Corpus Christi. Hennen and other fixers wagered at least

$231,000 on Texas A&M-Corpus Christi to cover the full-game spread. Hennen and Fairley texted about this game and their financial dealings as part of the scheme. In this text exchange, Hennen sent Fairley a photograph of a bet slip from Mirage/Bet MGM in Las Vegas reflecting his wager of $50,000 on Texas A&M Corpus Christi. Most of the fixers' bets on this game failed as Texas A&M-Corpus Christi did not cover most of the spreads.

In mid to late February 2024, the fixers recruited players, including Bradley Ezewiro, a center, and another player (identified in the indictment as Person #3), on the St. Louis University Billikens Men's Basketball Team ("St. Louis") to participate in the game-fixing scheme. Those players agreed to underperform in an upcoming St. Louis game against the Duquesne Dukes Men's Basketball Team ("Duquesne") on February 20, 2024, to ensure that St. Louis failed to cover the first-half spread in that game. The fixers placed wagers totaling at least approximately $242,000 on Duquesne to cover the first-half spread. The scheme succeeded for this game, and the fixers won their bets.

In or around mid-February, the fixers attempted to recruit for their point-shaving scheme players on the La Salle University Explorers Men's Basketball Team ("La Salle"). The fixers offered the La Salle players bribe payments to underperform in and influence the first half of an upcoming game against the St. Bonaventure University Bonnies Men's Basketball Team ("St. Bonaventure") on February 21, 2024. Hennen and other fixers placed wagers with various sportsbooks totaling at least $247,000 on St. Bonaventure to cover the first-half spread. One of these wagers was Hennen's $30,000 wager with FanDuel Sportsbook at Live! Casino in Philadelphia, Pennsylvania. Those bets all failed as La Salle covered the spread. In a text

message exchange after the game, Fairley complained to Hennen and other fixers, "We simply got screwed ... they nutted up last min,"

In late February 2024, the fixers recruited for their scheme Elijah Gray, a forward, and another player (identified in the indictment as Person #4) on the Fordham University Ram's Men's Basketball Team ("Fordham"), and a teammate of Gray. Jalen Smith offered, and Gray and his teammate accepted, a bribe payment of approximately $10,000 or $15,000 to underperform in an upcoming Fordham basketball game on February 23, 2024, against the Duquesne University Dukes Men's Basketball Team ("Duquesne"). Hennen and other fixers wagered in total at least approximately $195,000 on Duquesne, most of which bets were on Duquesne to cover the full-game spread. In the process of fixing this game and placing these wagers, Hennen, Blakeney, Fairley, Smith, and Winkler communicated via text about the scheme and their wagers. For example, on the date of the game, Blakeney told this group to "[l]oad up [on bets on Duquesne]!!" Despite Gray's efforts to underperform and fix the game, Fordham covered the spread, and the fixers lost their bets.

In late February 2024, Smith and other fixers recruited multiple players on the Buffalo Men's Basketball Team to participate in the point-shaving scheme. Those players included Isaiah Adams, as well as Shawn Fulcher, a guard, and another player (identified in the indictment as Person #5).

The Buffalo players agreed, in exchange for bribe payments, to underperform in several games, including: (1) the game against the Western Michigan University Broncos Men's Basketball Team ("Western Michigan") on February 24, 2024; (2) the game against the Kent State University Golden Flashes Men's Basketball Team ("Kent State") on February 27, 2024;

and the game against the Ohio University Bobcats Men's Basketball Team ("Ohio") on March 5, 2024. In particular, the players agreed to help ensure that Buffalo failed to cover the first-half spread in those games.

Hennen and other fixers placed substantial bets on those games, against Buffalo in the first half, with bets totaling at least $90,000 on the Western Michigan game, at least $424,000 on the Kent State game, and at least $7,500 on the Ohio game. The bets were largely successful and the fixers paid the bribes to the players. Hennen, Blakeney, Smith, Fairley, and Winkler texted about the scheme in connection with the Kent State game, which was close to a loss for the fixers: Blakeney texted the group, "This [N-word] got 7 points" and "They finna f*ck us" and "The 2 boys we got scored all the points." They further texted about a plan to fix the next Buffalo game. In connection with the Ohio game, Hennen texted a straw bettor, "We not gambling we big favorites i promise u" and "As u can see."

In late February 2024, the fixers recruited players on the DePaul University Blue Demons Men's Basketball Team ("DePaul") to participate in the point-shaving scheme. Those players included Micawber Etienne, Jalen Terry, and Da'Sean Nelson, as well as another player (identified in the indictment as Person #6). The players agreed, in exchange for bribe payments, to underperform in several games, including: (1) the game against the Georgetown University Hoyas Men's Basketball Team ("Georgetown") on or about February 24, 2024; (2) the game against the Butler University Bulldogs Men's Basketball Team ("Butler") on March 2, 2024; and (3) the game against the St. John's University Red Storm Men's Basketball Team ("St. John's") on March 5, 2024.

Hennen and other fixers placed substantial bets on those games, betting against DePaul in the first half, with bets totaling at least $27,000 on the Georgetown game, at least $123,789 on the Butler game, and at least $52,395 on the St. John's game. The scheme was successful in all three games, the fixers won their bets, and the players received their bribe payments.

In late February 2024, the fixers recruited for their point-shaving scheme players on the Robert Morris University Colonials Men's Basketball Team ("Robert Morris")—Markeese Hastings, a forward, and two other players (identified in the indictment as Person #7 and Person #8). In exchange for bribe payments, the players agreed to underperform in a game on February 28, 2024, against the Northern Kentucky University Norse Men's Basketball Team ("Northern Kentucky"). Hennen and other fixers then wagered at least $256,000 on Northern Kentucky to cover the first-half spread. To increase the profitability of their scheme, these wagers (as with many other wagers in this case) included "parlays" on this game along with other games that the schemers had fixed by bribing players. The players succeeded in their underperformance, the fixers won their bets, and the players received their bribe payments.

On March 5, 2024, Smith and Hastings texted about point shaving in the Robert Morris game against the Purdue University Fort Wayne Mastodons Men's Basketball Team ("Purdue F.W.") that was taking place that evening. Smith texted Hastings shortly before the game, "No questions about it u need to be beat by 12 at half no funny sh*t." Hennen and other fixers won bets totaling at least $50,000 on this game, and Smith arranged for the delivery of bribe payments to Hastings and his corrupt teammates in Chicago.

In late February 2024, the fixers, including Jalen Smith, recruited for their point-shaving scheme Arlando Arnold, a guard, as well as two other players (identified in the indictment as

Person #9 and Person #10) on the University of Southern Mississippi Golden Eagles Men's Basketball Team ("Southern Mississippi"). The players agreed to underperform in a game against the University of South Alabama Jaguars Men's Basketball Team ("South Alabama") on February 28, 2024. Hennen and other fixers then placed wagers of at least $275,000 on South Alabama to cover the first-half spread (including parlay wagers). Despite the efforts of Arnold and the other players in the scheme to underperform in the first half of the game, the fixers lost their bets.

Arnold then agreed to make up for the betting losses by helping to fix an upcoming Southern Mississippi game against the University of Louisiana at Lafayette Rajin' Cajuns Men's Basketball Team ("Louisiana-Lafayette") On March 1, 2024. Hennen and other fixers placed wagers on this game totaling at least $161,000 on Louisiana-Lafayette to cover the first-half spread. The players succeeded in underperforming in this game, and the fixers won their bets. Marves Fairley then made the bribe payments of tens of thousands of dollars to the corrupt players.

In late February 2024, the fixers recruited for their point-shaving scheme Camian Shell, a guard, and another player (identified in the indictment as Person #11) on the North Carolina A&T State University Aggies Men's Basketball Team ("North Carolina A&T"). In exchange for bribe payments, Shell and his teammate agreed to underperform in a game on February 29, 2024, against the Towson University Tigers Men's Basketball Team ("Towson"). Hennen and other fixers then placed wagers totaling at least $458,000 on Towson, mostly on the first half. Shell and Person #11 then underperformed in the game as they had agreed, and the fixers won their bets. Smith then arranged to deliver the bribe payments to Shell.

In late February 2024, the fixers recruited for their point-shaving scheme Simeon Cottle, a guard, and Demond Robinson, a forward, and another player (identified in the indictment as Person #12) on the Kennesaw State University Owls Men's Basketball Team ("Kennesaw State"). In exchange for bribe payments, the players agreed to underperform in a game on March 1, 2024, against the Queens University Royals Men's Basketball Team ("Queens"). Hennen and other fixers wagered at least $20,000 on Queens to cover the first-half spread and won their bets after the players underperformed as they had agreed. The fixers engaged in numerous text message communications discussing and coordinating the wagers on this game. For example, on or about the date of the game, Laureano texted defendant Smith: "Locked in Kennesaw or need him still?" Fairley texted Hennen: "Queens ny first half," and then Hennen texted a straw bettor: "Queens ny -1 first half and money line." After the bets were successful, Smith and Fairley arranged for a co-schemer to deliver approximately $40,000 in cash to Cottle and the players involved in the scheme.

In early March 2024, the fixers recruited for their point-shaving scheme players on the Coppin State University Eagles Men's Basketball Team ("Coppin State"). The fixers offered a player (identified as Person #13 in the indictment) bribe payments to underperform in the game against the South Carolina State University Bulldogs Men's Basketball Team ("South Carolina State") on March 4, 2024. Person #13 agreed to participate in the scheme, and Hennen and other fixers placed wagers on the game. However, those bets failed as Coppin State covered the spread.

In March 2024, the fixers recruited for their point-shaving scheme Carlos Hart, a guard on the University of New Orleans Privateers Men's Basketball Team ("New Orleans"). In

exchange for bribe payments, Hart agreed to underperform and recruited a teammate, identified as Person #14 in the indictment, to join him in the scheme. They agreed to fix the game against the Lamar University Cardinals Men's Basketball Team ("Lamar") on March 11, 2024. Hennen and other fixers then bet a total of at least $150,000 on Lamar to cover the full-game spread. Hart and his teammate underperformed as they had agreed, and the fixers won their bets. Fairley then arranged for a co-schemer to deliver $20,000 in cash to Hart at a casino in Biloxi, Mississippi.

In or about March 2024, the fixers recruited for their point-shaving scheme Airion Simmons, a forward on the Abilene Christian University Wildcats Men's Basketball Team ("Abilene Christian"). In exchange for bribes, Simmons agreed to underperform in an upcoming game and help recruit for the scheme additional players on the Abilene Christian team. Simmons then recruited a teammate for the scheme, and the players underperformed in the game against the Texas A&M University-Corpus Christi Islanders Men's Basketball Team ("Texas A&M-Corpus Christi") on March 19, 2024. Hennen and other fixers wagered at least $82,000 on Texas A&M-Corpus Christi to cover the first-half and full-game spreads. These bets were unsuccessful as Abilene Christian covered the spreads.

Simmons then agreed with the fixers to help ensure that Abilene Christian failed to cover the first-half and full-game spreads in their upcoming game on or about March 20, 2024, against the Tarleton State University Texans Men's Basketball Team ("Tarleton State"). Hennen and other fixers wagered a total of at least $40,000 on Tarleton State to cover the first-half and full-game spreads. Simmons and his corrupt teammate then underperformed in that game as they agreed, and the fixers won their bets.

For the 2024-2025 season, Jalen Terry and Da'Sean transferred from DePaul to play for the Eastern Michigan State University Eagles Men's Basketball Team ("Eastern Michigan"). Having fixed games as part of this point-shaving scheme with DePaul, Terry and Nelson continued to engage in this scheme while playing for Eastern Michigan.

Terry and Nelson agreed to fix the game on November 21, 2024, against Oakland University Golden Grizzlies Men's Basketball Team ("Oakland"). The fixers then placed tens of thousands of dollars in wagers on Oakland to cover the first-half spread against Eastern Michigan. Terry and Nelson underperformed in this game as they had agreed, and the fixers won their bets. The next day, Smith arranged for the delivery of the bribe payments to Terry who confirmed with Smith in text messages that he received the money: "Got it. Counting now."

In late December 2024, the fixers recruited for their point-shaving scheme Dyquavion Short and Cedquavious Hunter, both guards on the University of New Orleans Privateers Men's Basketball Team ("New Orleans"). The fixers also attempted to recruit for the scheme other New Orleans players (identified in the indictment as Person #18 and Person #19). Short and Hunter agreed to underperform in at least three New Orleans basketball games, ensuring that New Orleans did not cover the spread in those games. Smith and the fixers placed bets on New Orleans' opponents in each of the games to cover the full-game spread. After the bets succeeded, Smith and Fairley and other fixers arranged for the delivery of thousands of dollars in bribe payments to Short and Hunter. The three fixed New Orleans games included (1) the game on December 28, 2024, against the McNeese State University Cowboys Men's Basketball Team ("McNeese State"); the game on December 30, 2024, against the Vanderbilt University Commodores Men's Basketball Team ("Vanderbilt"); and the game on January 11, 2025, against

the Southeastern Louisiana University Lions Men's Basketball Team ("Southeastern Louisiana").

### 3. <u>The Wire Fraud Scheme</u>

As described above and in the indictment, from at least September 2022, through at least February 2025, Shane Hennen and the other charged defendants engaged in a point-shaving scheme where the defendant basketball players agreed, in exchange for bribes, to fix and influence National Collegiate Athletic Association ("NCAA") and Chinese Basketball Association ("CBA") men's basketball games. The defendants who were operating the scheme then placed and caused others to place large wagers through various sportsbooks on those games. In placing these wagers on games they had fixed, the defendants defrauded sportsbooks, as well as individual sports bettors, who were all unaware that the defendants had corruptly manipulated the outcome of these games that should have been decided fairly, based on genuine competition and the best efforts of the players. Likewise, in placing these wagers, the defendants made and caused others to make materially false and misleading representations to the sportsbooks, including that they were placing their wagers without having corruptly manipulated the outcome of those games.

In many instances, the defendants' wagers on the fixed games were successful and were paid out, resulting in financial losses to the sportsbooks. The sportsbooks would not have paid out those wagers had they known that the defendants fixed those games. Individual sports bettors who were unaware that NCAA and CBA players had engaged in a point-shaving scheme, also placed wagers on the fixed games, often on the other side of the wagers placed by the defendants, resulting in financial losses to the individual bettors. Individual bettors also would

not have bet on those games as they did if they had known that the defendants had fixed those games.

As charged in Count Three of the indictment, one of the wagers placed in furtherance of the fraud scheme involving CBA men's basketball games was a wager placed on March 5, 2023, by Shane Hennen and his co-schemers with BetRivers Sportsbook at Rivers Casino in Philadelphia, Pennsylvania. The wager was in the amount of $168,300 and was placed on the Guangdong Southern Tigers ("Guangdong") to cover the spread in their CBA game against the Jiangsu Dragons ("Jiangsu") on or about March 6, 2023, in which Guangdong was favored to win the game by 11.5 points. Placing this bet caused BetRivers Sportsbook and its processing agent to process this wager in Philadelphia, Pennsylvania, electronically through their computer systems, sending signs, signals, and sounds to computer servers in locations outside of Pennsylvania.

As charged in Count Four of the indictment, one of the wagers placed in furtherance of the fraud scheme involving CBA men's basketball games was a wager placed on March 14, 2023, by Shane Hennen and his co-schemers with BetRivers Sportsbook at Rivers Casino in Philadelphia, Pennsylvania. The wager was in the amount of $50,000 and was placed on the Zhejiang Golden Bulls ("Zhejiang") to cover the spread in their CBA game against the Jiangsu Dragons ("Jiangsu") on or about March 15, 2023, in which Guangdong was favored to win the game by 15 points. Placing this bet caused BetRivers Sportsbook and its processing agent to process this wager in Philadelphia, Pennsylvania, electronically through their computer systems, sending signs, signals, and sounds to computer servers in locations outside of Pennsylvania.

As charged in Count Five of the indictment, one of the wagers placed in furtherance of the fraud scheme involving fixing NCAA men's basketball games was a wager placed on February 21, 2024, by Shane Hennen and his co-schemers, with FanDuel Sportsbook at Live! Casino in Philadelphia, Pennsylvania. The wager was in the amount of $30,000 and was placed on the St. Bonaventure Bonnies Men's Basketball Team ("St. Bonaventure") to cover the first-half spread in their game against the La Salle Explorers Men's Basketball Team ("La Salle") on February 21, 2024. As discussed above, the fixers had attempted to influence this game by attempting to convince players on La Salle to underperform and fail to cover the first-half spread. Placing this wager caused FanDuel Sportsbook to process the wager in Philadelphia electronically through its computer systems, sending signs, signals, and sounds to computer servers in locations outside of Pennsylvania.

### B. <u>The EDNY Case</u>

Between December 2022 and March 2024, within the Eastern District of New York and elsewhere, the defendant, Shane Hennen, and other co-conspirators participated in a scheme to defraud betting companies by providing, obtaining, and misusing non-public information about upcoming National Basketball Association ("NBA") games to place fraudulent sports wagers for profit and then laundered the proceeds. Hennen's co-conspirators included, among others, Eric Earnest, Marves Fairley, Damon Jones, Deniro Laster, and Terry Rozier.

#### 1. <u>The NBA and the Betting Companies</u>

The NBA was a professional basketball league in North America. Among others, NBA teams included the Charlotte Hornets, Chicago Bulls, Cleveland Cavaliers, Los Angeles Clippers, Los Angeles Lakers, Milwaukee Bucks, New Orleans Pelicans, Oklahoma City

Thunder, Orlando Magic, Philadelphia 76ers, Portland Trail Blazers, Sacramento Kings and Toronto Raptors. The NBA maintained codes of conduct applicable to its players, coaches and management that prohibited, among other things, wagering in connection with NBA games or providing non-public information relating to NBA games to others. Such codes of conduct also required NBA players, coaches and management to provide their best services and loyalty to their teams. In addition, the Collective Bargaining Agreement and Uniform Player Contract, which applied to all NBA players, required players to “refrain from gambling on NBA games, point shaving or other attempts to fix the score or outcome of an NBA game, or providing confidential team or league information to individuals involved in gambling.”

NBA teams were required to report to the NBA information concerning player injuries, illnesses and rest for all NBA games. On each gameday, the NBA disseminated an “injury report” for each NBA team playing that day. The injury reports identified players as falling within one of the following categories: “available,” “probable,” “questionable,” “doubtful” and “out.” The injury reports were updated multiple times throughout each gameday.

Betting companies were licensed gambling companies operating in the United States that offered sports betting services (collectively, and together with other online sportsbooks and retail sportsbooks, the “Betting Companies”). The Betting Companies offered sports betting services relating to, among other things, NBA games and individual players' statistical performances in NBA games.

The Betting Companies operated online mobile applications, branded retail sportsbooks at various casinos nationwide, or both. Online wagers made through the Betting Companies’ online mobile applications were made pursuant to the Betting Companies’ respective terms of

use. Wagers made at retail sportsbooks were made pursuant to the sportsbooks' house rules. Among other things, the terms of use and house rules generally prohibited users from wagering in connection with sporting contests when the wagers were based on or the users had access to pre-release, confidential information or other non-public information. The terms of use and house rules also prohibited individuals from using others to place wagers on their behalf, otherwise known as straw betting.

Despite the recent widespread legalization of sports betting, unlicensed bookmakers or "bookies" also offered sports betting services to bettors. Bookies frequently accepted bets on bespoke betting websites that allowed users to place various types of wagers on sporting contests based on publicly available betting lines. Unlike legal sportsbooks, bookies typically "settled up" the bettors' wagers (i.e., received payment from and/or paid the bettors in connection with the wagers) offline, generally through cash, peer-to-peer payments or cryptocurrency transactions.

### 2. The Fraudulent Wagering Scheme and Money Laundering

As charged in Count One, between December 2022 and March 2024, within the Eastern District of New York and elsewhere, Hennen and his co-conspirators knowingly and intentionally conspired to devise this scheme to defraud the Betting Companies, to obtain money and property from them by means of one or more materially false and fraudulent pretenses, representations and promises, and for the purpose of executing the scheme, to transmit and cause to be transmitted wire communications in interstate and foreign commerce.

As charged in Count Two, between December 2022 and March 2024, within the Eastern District of New York and elsewhere, Hennen and his co-conspirators knowingly and intentionally conspired (a) to conduct financial transactions in and affecting interstate commerce,

which transactions in fact involved the proceeds of wire fraud and sports bribery, knowing that the property involved in the transactions represented the proceeds of some form of unlawful activity, and with the intent to promote the carrying on of the wire fraud and sports bribery; (b) to conduct financial transactions in and affecting interstate commerce, which transactions involved the proceeds wire fraud and sports bribery, knowing that the property involved in the transactions represented the proceeds of some form of unlawful activity, and knowing that the transactions were designed in whole and in part to conceal and disguise the nature, the location, the source, the ownership and the control of the proceeds of the wire fraud and sports bribery; and (c) to engage in monetary transactions in and affecting interstate and foreign commerce, in criminally derived property that was of a value greater than $10,000 and that was derived from wire fraud and sports bribery.

The fraudulent wagering scheme typically involved various iterations of the same pattern within a network of co-conspirators. The defendants and certain co-conspirators had access to private information known by NBA players or NBA coaches that was likely to affect the outcome of upcoming NBA games or individual players' performances. They provided other co-conspirators this non-public information in exchange for either a flat fee or a share in expected wagering profits-for the purpose of betting. The co-conspirators disseminated the non-public betting information through a network of individuals who placed bets on the co-conspirators' behalf, placed wagers on their own behalf, or directed others to place wagers, all with the intention of profiting off the scheme at the expense of the Betting Companies. As a result, many of the wagers were placed in connection with betting lines that did not reflect or account for the

private information known by the defendants and their co-conspirators, rendering the wagers more profitable.

The defendants and their co-conspirators placed and caused others to place these fraudulent wagers through the Betting Companies' mobile applications and retail sportsbooks. In doing so, the defendants and their co-conspirators made and caused others to make materially false and misleading statements and representations to the Betting Companies, and to omit to state one or more material facts which made what was represented under the circumstances misleading, including that the wagers were placed in accordance with the Betting Companies' terms and conditions and house rules prohibiting, among other things, wagering based on non-public information and straw betting.

In many instances, the defendants and their co-conspirators' fraudulent bets were successful and were paid out by the Betting Companies. The Betting Companies would not have paid bettors for successful wagers had they known that the bettors possessed non-public information pertaining to the event or were placing the wagers at the direction of and for the benefit of others.

In furtherance of the scheme and to conceal the proceeds derived from it, the defendants and their co-conspirators engaged in and caused others to engage in transactions between and among themselves and others acting on their behalf including peer-to-peer payment platform transfers, bank wires and cash exchanges.

Examples of some of the fraudulent wagers and the laundering of proceeds thereof are set forth below.

**The March 23, 2023 Charlotte Hornets Game**

During the 2022-2023 NBA season, Terry Rozier played for the Charlotte Hornets. Prior to the Hornets' March 23, 2023 game against the New Orleans Pelicans (the "March 23 Game"), Rozier informed the Deniro Laster that Rozier was going to prematurely remove himself from the game in the first quarter due to a supposed injury and not return to play further. Rozier provided this information to Laster for the purpose of enabling Laster to place wagers based on this information. Rozier was not on the Hornets' injury report prior to the March 23 Game and Hornets officials were not aware of Rozier's plan to exit the game prematurely. The public, including the Betting Companies, was also not aware of Rozier's plan to exit the March 23 Game prematurely.

Laster sold the information about Rozier's plan to leave the March 23 Game early to multiple co-conspirators, including to Marves Fairley and Co-Conspirator 1, to enable them to place fraudulent wagers based on the non-public information. In exchange for the information, Fairley and Co-Conspirator 1 agreed to pay Laster approximately $100,000 from their expected fraudulent gambling winnings. Prior to the March 23 Game, Fairley, Laster and Co-Conspirator 1 exchanged text messages confirming that Rozier planned to exit the game prematurely and confirming their plan to place wagers on Rozier's unders (i.e., that Rozier would underperform relative to the oddsmakers' betting lines for his individual performance).

Fairley also provided the information to defendant Shane Hennen so that Hennen, both himself and through a network of straw bettors, could place bets on Rozier's unders. Fairley provided the information to Hennen and Hennen agreed to place and direct his associates to

place bets on Rozier's unders based on an agreement between them that Hennen would give Fairley a share of the profits from his and his associates' winning bets.

On or about March 23, 2023, and prior to the start of the March 23 Game, Hennen placed multiple bets at a retail sportsbook operated by Betting Company 3 totaling approximately $61,200, all of which were either straight or parlay bets on Rozier's unders. In addition to placing bets on Rozier's unders himself, Hennen marshalled a network of associates to place bets on Rozier's unders at Hennen's direction, including, but not limited to, the following bets, all of which were placed on or about March 23, 2023, prior to the start of the March 23 Game:

(a) Co-Conspirator 2 placed multiple straight or parlay bets on Rozier's unders at a retail sportsbook operated by Betting Company 1 and on Betting Company 1's mobile application totaling approximately $107,000.

(b) Timothy McCormack and Long Phi Pham placed multiple straight or parlay bets on Rozier's unders at a retail sportsbook located in New Jersey and operated by Betting Company 1 and on Betting Company 1's mobile application totaling approximately $41,000. Hours earlier, McCormack received two payments totaling approximately $40,000 via a peer-to-peer mobile payment platform that McCormack and Pham used to fund the above described wagers on Rozier's unders.

(c) Co-Conspirator 3 placed multiple straight or parlay bets on Rozier's unders at a retail sportsbook operated by Betting Company 1 and on Betting Company 1's mobile application totaling approximately $20,000.

(d) Co-Conspirator 4 placed multiple straight bets on Rozier's unders at a retail sportsbook operated by Betting Company 1 and on Betting Company 1's mobile application totaling approximately $17,000.

(e) Co-Conspirator 5 placed multiple straight bets on Rozier's unders at a retail sportsbook operated by Betting Company 4 totaling approximately $12,500.

During the March 23 Game, Rozier removed himself from the game in the first quarter and, as planned, did not return. Rozier played approximately nine minutes and 34 seconds, well below his season average of approximately 35.3 minutes per game. Rozier scored five points, recorded two assists and made one three-point shot, which were all well below his per-game averages of approximately 21.1 points, 5.1 assists and 2.6 three-pointers and below the lines set by oddsmakers for Rozier's points, assists and three-pointers in the March 23 Game. Rozier collected four rebounds, which was in line with his per-game average of approximately 4.1 rebounds and above the line set by oddsmakers for Rozier's rebounds in the March 23 Game. Rozier's early exit from the March 23 Game and his related underperformance relative to his season averages for points, assists and three-pointers resulted in the success of numerous fraudulent wagers placed on Rozier's unders by the defendants and their co-conspirators.

Not all of the bets placed by Rozier's co-conspirators were successful because Rozier collected four rebounds, and thus went over his betting line. As a result, following the game, Rozier and his co-conspirators negotiated to reduce Rozier's bribe to approximately $70,000.

On or about March 28, 2023, Fairley traveled to Philadelphia, Pennsylvania to collect proceeds from Hennen from the successful wagers Hennen and his associates placed on the March 23 Game, as well as proceeds from other fraudulent wagers Fairley and Hennen made in

connection with the fraudulent wagering scheme, including the March 24, 2023 NBA game described below. On or about March 28, 2023, Laster also traveled to Philadelphia to collect from Fairley proceeds from the fraudulent wagering scheme relating to Rozier's performance in the March 23 Game. Rozier arranged and paid for Laster's travel to Philadelphia. In or about and between the late-night hours of March 28, 2023, and the early morning hours of March 29, 2023, Fairley gave Laster tens of thousands of dollars in cash as payment for the non-public information that Laster had obtained from Rozier and had provided to Fairley regarding Rozier's plan to exit prematurely from the March 23 Game.

**The March 24, 2023 Portland Trail Blazers Game**

On or about March 24, 2023, the Portland Trail Blazers played the Chicago Bulls (the "March 24 Game"). Prior to the game, the Trail Blazers' record was 32-40 and the team was out of playoff contention with only 10 games remaining in the season. Prior to the March 24 Game, Co-Conspirator 8 told Eric Earnest that the Trail Blazers were going to be tanking (i.e., intentionally losing) to increase their odds of getting a better draft pick in the upcoming NBA draft. Co-Conspirator 8 told Earnest, before the news was publicly announced, that several of the Trail Blazers' best players, including Player 1, would not be playing in the March 24 Game. The information that the Trail Blazers would be tanking and not playing Player 1 was not available to the public, including the Betting Companies.

Prior to the March 24 Game, Earnest provided this non-public inside information to Fairley so that Fairley could place fraudulent wagers on the game and share the profits with Earnest. In exchange, Fairley ultimately promised to pay Earnest at least $5,000 if the bets against the Trail Blazers were successful. In addition, Fairley texted Earnest a screenshot of a

purported $20,000 wire transfer from Fairley's bank account to Earnest, accompanied by the message "Address for wire." After Fairley learned from Earnest that the Trail Blazers planned not to play their best players in the March 24 Game, Fairley conveyed that non-public information to Co-Conspirator 1. Fairley and Co-Conspirator 1 agreed to split the profits on successful wagers they could place against the Trail Blazers.

Before these key Trail Blazers players were publicly ruled out of the March 24 Game, the Fairley and defendant Shane Hennen, themselves and together with their co-conspirators including Co-Conspirator 1, placed and caused the placement of multiple bets that the Trail Blazers would lose the March 24 Game totaling more than approximately $100,000. For example, between approximately 12:00 p.m. EST and 7:00 p.m. EST on March 24, 2023, which was before the key Trail Blazers players were publicly ruled out, Timothy McCormack and Long Phi Pham, acting together and with Pham acting at Hennen's direction, placed bets against the Trail Blazers of approximately $20,000 through Betting Company 1's mobile application and approximately $12,000 through Betting Company 2's mobile application.

The NBA injury reports publicly released at approximately 1 :30 p.m. EST and 2:30 p.m. EST on March 24, 2023, reported that Player 1 was, respectively, "probable" and then "questionable" to play in the March 24 Game. At approximately 9:30 p.m. EST on March 24, 2023—approximately half an hour before the start of the March 24 Game—the NBA released an injury report listing Player 1 and others as "out" for the game. The "out" group included the Trail Blazers' four highest per-game scorers during the 2022-2023 season. The betting lines relating to the March 24 Game changed upon the public release of the Trail Blazers' key players' injury statuses.

The fraudulent wagers against the Trail Blazers placed and caused by Fairley and Hennen, together with co-conspirators acting at their direction were successful, as the Bulls beat the Trail Blazers 124-96.

**<u>The February 9, 2023 and January 15, 2024 Los Angeles Lakers Games</u>**

Damon Jones was a former NBA player and assistant coach. Jones played in the NBA from approximately 1999 through 2008, including as a member of the Cavaliers from approximately 2005 through 2008. Jones was an assistant coach on the Cavaliers from approximately 2014 through 2018. Jones was also an unofficial assistant coach on the Los Angeles Lakers during the 2022-2023 NBA season. During many of those years, Jones was a teammate or coach of a prominent NBA player (“Player 3”).

By virtue of his relationship with Player 3, the Lakers and other NBA personnel, Jones had access to non-public information, including medical information that had not been released to the public. On multiple occasions during the 2022-2023 and 2023-2024 NBA seasons, including as early as approximately December 2022, Jones sold or attempted to sell for profit non-public information to others, including to Earnest, Fairley, and others, for the purpose of causing or enabling them to place fraudulent wagers based on the non-public information.

For example, on or about February 9, 2023, the Lakers played the Milwaukee Bucks (the “February 9 Game”). On the morning of the February 9 Game, Jones sent a text message to Co-Conspirator 9, writing: “Get a big bet on Milwaukee tonight before the information is out! [Player 3] is out tonight. Bet enough so Djones can eat to [sic] now!!!" At the time Jones provided this non-public information about Player 3 to Co-Conspirator 9, Player 3 was not ruled

out on the NBA's injury report for the February 9 Game. Due to a lower body injury, Player 3 did not play in the February 9 Game, which the Lakers lost.

On multiple other occasions during the 2023-2024 NBA season, including in connection with a January 15, 2024 game between the Lakers and the Oklahoma City Thunder (the "January 15 Game"), Jones and Earnest sold or attempted to sell to Fairley non-public information for the purpose of causing or enabling Fairley to place wagers based on the non-public information. In exchange, Fairley agreed to pay Jones via Earnest.

Player 4 was one of the Lakers' best players during the 2023-2024 NBA season. Prior to the January 15 Game, Jones claimed to have learned from the trainer for Players 3 and 4 that Player 4 was injured and was only going to play a limited number of minutes and/or his performance would likely be affected in the game because of the injury. Jones shared this non-public information with Earnest, who then sent a text message to Fairley stating, "Hit me asap got one for u dude say he got some info." Earnest then shared the non-public information about Player 4 with Fairley. Fairley paid Jones approximately $2,500, through an intermediary, via a peer-to-peer mobile payment platform, accompanied by the message: "fee."

After receiving this non-public information and before the January 15, 2024 game began, Fairley shared the information with Co-Conspirator 1 and defendant Shane Hennen. Fairley and Co-Conspirator 1 then placed and caused the placement of multiple bets against the Lakers. For example, Fairley placed an approximately $100,000 bet against the Lakers at a retail sportsbook operated by Betting Company 2. Hours before the January 15 Game, the NBA injury report listed Player 4 as "probable," and it was not publicly disseminated, including to the Betting

Companies, that Player 4 would possibly play a limited number of minutes and/or poorly due to injury.

Ultimately, Player 4 played in the January 15 Game in line with his season average in minutes and performed well, and the Lakers won the game. After the January 15 Game, the Fairley requested, via Earnest, that Jones repay Fairley the $2,500 that Fairley had paid for the non-public information. Despite the Lakers winning the January 15 Game, Jones reaffirmed to Earnest after the game, including via text message, that he had received credible non-public information regarding Player 4 prior to the game.

**<u>The January 26, 2024 and March 20, 2024 Toronto Raptors Games</u>**

On or about January 26, 2024. and March 20, 2024, the Toronto Raptors played the Los Angeles Clippers (the “January 26 Game”) and the Sacramento Kings (the “March 20 Game”), respectively.

Prior to the January 26 Game and the March 20 Game, Jontay Porter, then a player on the Raptors, agreed with Long Phi Pham and others to exit the game prematurely, on the basis of purported injuries, so that certain of their co-conspirators could place fraudulent wagers on Porter’s unders.

Prior to both the January 26 Game and the March 20 Game, Pham provided the non-public information about Porter to defendant Shane Hennen for the purpose of causing or enabling Hennen to place fraudulent wagers based on the non-public information. After obtaining this non-public information, Hennen shared this information with Fairley for the purpose of causing or enabling Fairley to place additional fraudulent wagers based on the non-public information. After obtaining the non-public information relating to Porter’s plan to exit

the January 26 Game and the March 20 Game early, Hennen placed and directed and caused a number of his associates to place wagers on Porter's unders, all of which were successful. Hennen conducted multiple transfers via peer-to-peer mobile payment platforms to promote the scheme and distribute the proceeds of such wagers.

## V. PLEA AGREEMENT

The parties have executed a plea agreement that will be presented to the Court during a hearing regarding entry of the guilty plea. The agreement includes a supplement to be filed under seal.

## VI. CONCLUSION

The government requests that the Court conduct a hearing under Federal Rule of Criminal Procedure 11 and if warranted, then accept the defendant's plea of guilty.

Respectfully submitted,

DAVID METCALF
United States Attorney

*/s/ Louis D. Lappen*______________
LOUIS D. LAPPEN
JEROME M. MAIATICO
Assistant United States Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused a true and correct copy of the foregoing Government's Plea Memorandum to be served by e-mail upon the following counsel for the defendant:

Coley Reynolds
121 S. Broad St.
Philadelphia, PA 19107
cor@reynoldsfirm.com

*/s/ Louis D. Lappen*___________
LOUIS D. LAPPEN
Assistant United States Attorney

Date: October 9, 2026